# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

MARLOW WILLIAMS, SR.,                                                          PLAINTIFF

V.                              3:14CV00181 DPM/JTR

LUKE MOYER ,                                                                   DEFENDANTS
Deputy Sheriff, Craighead County Jail, et al.

## ORDER

On April 13, 2015, Plaintiff filed a Statement indicating that he has been released from custody and is currently residing at a private address. *See* docket entry # 22. In light of his recent release, it is unclear whether Plaintiff is still entitled to proceed *in forma pauperis.*[1]

IT IS THEREFORE ORDERED THAT:

1.   The Clerk of the Court is directed to send Plaintiff a (freeworld) Amended Application to Proceed *In Forma Pauperis.*

2.   Plaintiff must file, **within thirty days of the entry of this Order**, an Amended Application to Proceed *In Forma Pauperis.*

3.   Plaintiff is reminded that if he fails to timely and properly do so, this

---

[1] The Court's records demonstrate that Plaintiff currently owes $350 of the $350 filing fee.

case will be dismissed, without prejudice, pursuant to Local Rule 5.5(c)(2).

Dated this 8th day of May, 2015.

_____
UNITED STATES MAGISTRATE JUDGE