**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**MARLOW WILLIAMS, SR.**                                                                 **PLAINTIFF**

V.                                      **3:14CV00181 DPM/BD**

**LUKE MOYER, et al.**                                                                         **DEFENDANTS**

## RECOMMENDED DISPOSITION

**I.      Procedures for Filing Objections:**

This Recommended Disposition ("Recommendation") has been sent to United States District Judge D.P. Marshall Jr.  You may file written objections to this Recommendation.  If you file objections, they must be specific and must include the factual or legal basis for your objection.  Your objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Marshall can adopt this Recommendation without independently reviewing the record.  By not objecting, you may also waive any right to appeal questions of fact.

**II.     Discussion:**

Plaintiff Marlow Williams Sr., a former inmate at the Craighead County Jail, filed this lawsuit on July 23, 2014.  (Docket entry #1) On April 13, 2015, he informed the Court that he had been released from custody.  Judge Ray ordered Mr. Williams to submit an updated *in forma pauperis* application within 30 days of May 8, 2015.  (#23)  To date, he has failed to comply with the Court's May 8, 2015 Order, and the time for doing so has

passed. The Court specifically cautioned Mr. Williams that his claims would be dismissed if he failed to comply with the Court's Order. (#23)

### III. Conclusion:

The Court recommends that Mr. Williams's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's May 8, 2015 Order, and that the pending Motion for Summary Judgment (#24) be denied as moot.

IT IS SO ORDERED, this 22nd day of September, 2015.

_____
UNITED STATES MAGISTRATE JUDGE