IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MARLOW WILLIAMS, SR.                                              PLAINTIFF

v.                          No. 3:14-cv-181-DPM

LUKE MOYER, Deputy Sheriff, Craighead
County Jail; BROCK McFARLAND, Sergeant,
Craighead County Jail; and MARTY BOYD,
Sheriff, Craighead County Jail                                    DEFENDANTS

ORDER

Unopposed recommendation, № 31, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Williams's complaint will be dismissed without prejudice. LOCAL RULE 5.5(c)(2). Defendants' motion for summary judgment, № 24, is denied without prejudice as moot. An *in forma pauperis* appeal from this Order and accompanying Judgment will not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

13 October 2015