IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MARLOW WILLIAMS, SR.                                          PLAINTIFF

v.                         No. 3:14-cv-181-DPM

LUKE MOYER, Deputy Sheriff, Craighead
County Jail; BROCK McFARLAND, Sergeant,
Craighead County Jail; and MARTY BOYD,
Sheriff, Craighead County Jail                                DEFENDANTS

## JUDGMENT

Williams's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

13 October 2015